IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PRODUCTS INC., PF PRISM C.V. and C.P. PHARMACEUTICALS INTERNATIONAL C.V., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1402 (CFC) |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Pfizer Inc., Pfizer Products Inc., PF PRISM C.V., and C.P. Pharmaceuticals International C.V. (collectively, "Plaintiffs"), and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"; and together with Plaintiffs, "the Parties"), by and through their undersigned counsel, hereby STIPULATE and AGREE that:

1. All claims between Plaintiffs and Apotex in the above-referenced action are hereby dismissed with prejudice.

2. This Court will retain jurisdiction to enforce this Joint Stipulation and Order of Dismissal With Prejudice.

3. Each Party shall bear its own costs and attorneys' fees.

4. The Clerk of Court is directed to enter this Joint Stipulation and Order of Dismissal With Prejudice.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| /s/ *Jack B. Blumenfeld* | /s/ *John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | John C. Phillips, Jr. (#110)<br>1200 North Broom Street<br>Wilmington, DE  19806-4204<br>(302) 655-4200<br>jcp@pmhdelaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| OF COUNSEL: | OF COUNSEL: |
| Dimitrios Drivas<br>Alison Hanstead<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY  10020-1095<br>(212) 819-8200 | Deanne M. Mazzochi<br>Jeffrey A. Marx<br>Conly S. Wythers<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL  60654<br>(312) 527-2157 |
| Hallie Kiernan<br>WHITE & CASE LLP<br>3000 El Camino Real<br>Two Palo Alto Square, Suite 900<br>Palo Alto, CA  94306<br>(650) 213-0300 | |

October 19, 2021

       SO ORDERED this _____ day of _____, 2021.

                                               Chief, United States District Court Judge